IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS MARKS,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                         11-cv-612-wmc

CITY OF WAUSAU,
HONORABLE MARK SAUER,
ANNE JACOBSON and PAMELA FISHER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Wausau, Honorable Mark Sauer, Anne Jacobson and Pamela Fisher granting their motion for summary judgment and dismissing this case

| /s/ | 10/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |