UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

```
DOC NO
REC'D/FILED
2013 OCT 28 AM 10: 50
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
```

DENNIS MARKS,

        Plaintiff,

v.

CITY OF WAUSAU,
HONORABLE MARK SAUER
ANNE JACOBSON,
PAMELA FISHER,
DOES 1 through 10.

Case No. 11-CV-612

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Dennis Marks, plaintiff in the above captioned case hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the ORDER entered in this action on the 3oth day of September 2013.

Dated October 24, 2013.

                                        Dennis Marks, Plaintiff
                                        P.O. Box 2223
                                        Wausau, WI 54402